Michael Deddo, defendant in error, v. Lake View State Bank et al., plaintiffs in error. Gen. No. 35,831.

 ▐█ Opinion filed October 4, 1932.

Henry J. Gibbs and Gordon H. Gibbs, for plaintiffs in error. Blanksten, Freeman & Freeman, for defendant in error; H. S. Lansing, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Julius E. Lackner, defendant in error, v. Martin M. Gross, plaintiff in error. Gen. No. 35,840.

 Opinion filed October 4, 1932.

Earl J. Walker, for plaintiff in error. Isador Becker, for defendant in error; Ben A. Stewart, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

McKenzie Mortar Company, appellee, v. Lawrence Natali et al., defendants. Lawrence Natali and Amelia Natali, appellants. Gen. No. 35,915.

 ▐█ Opinion filed October 4, 1932.

Alfred M. Cordell, for appellants. Caplow, Kallen & Caplow, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Edward C. Camp, formerly trading as Camp's Dairy Supply House, appellant, v. Louis Cohen and Myer Turbov, appellees. Gen. No. 35,924.

Opinion filed October 4, 1932.

Ward & Kreitzer, for appellant; Harry K. Ward, of counsel. Cohon & Goldstein, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.